UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**

FEB - 6 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO.5:19-CR-10-S-JMH-MAS

UNITED STATES OF AMERICA                                         PLAINTIFF

V.            **MOTION OF UNITED STATES
              FOR ISSUANCE OF SUMMONS**

RASHAWD LAMAR TULLOCH                                            DEFENDANT
    aka USERPLAYGAME00,
    aka USERIO,
    aka UXSR, and
    aka UXSRFONE

\* \* \* \* \*

The United States moves for the issuance of summons for the presence of the Defendant, RASHAWD LAMAR TULLOCH, to answer the felony charges returned by the Grand Jury on February 6, 2019.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: /s/ Kathryn M. Anderson
Kathryn M. Anderson
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4885
FAX (859) 233-2747
Kathryn.Anderson@usdoj.gov