UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON



CRIMINAL ACTION NO. 5:19-CR-10-S-JMH-MAS

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.                          **ORDER FOR ISSUANCE OF SUMMONS**

**RASHAWD LAMAR TULLOCH**                                                   **DEFENDANT**
    aka USERPLAYGAME00,
    aka USERIO,
    aka UXSR, and
    aka UXSRFONE

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of summons is GRANTED, and Summons shall be ISSUED for the Defendant, RASHAWD LAMAR TULLOCH, to APPEAR in United States District Court at Lexington, Kentucky, on _February 19_, 2019, at _1:00 p.m._ and shall DIRECT the Defendant to contact the United States Probation Office in Lexington, Kentucky, at telephone number (859) 233-2646, within 48 hours of the receipt of the Summons, excluding weekends, in order to arrange an interview by the United States Probation Office for the purpose of obtaining information pertaining to the pretrial release of the Defendant.

On this _7th_ day of _February_, 2019.

_Joseph M. Hood_

Copies:   United States Marshal
         United States Probation
         Kathryn Anderson, Assistant United States Attorney
         Kenneth R. Taylor, Assistant United States Attorney